TERESA BENEDETTO, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant, Impleaded with MARY BENEDETTO, Defendant.

Supreme Court, Appellate Term, First Department, May 13, 1938.

*Tanner, Sillcocks & Friend* [*Herbert F. Garrick* of counsel], for the appellant.

*A. Joseph Bitsky*, for the respondent.

PER CURIAM. Plaintiff, having no right under the policy to payment by the defendant company, cannot now maintain this action under the policy for the amount payable on death. The fact that her name was inserted in the check given in payment creates no greater rights in her.

Judgment reversed, with thirty dollars costs, and complaint dismissed on the merits, with costs.

All concur. Present — HAMMER, SHIENTAG and NOONAN, JJ.